■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO COLE, Appellant. [881 NYS2d 330]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 3, 2002 (*People v Cole,* 295 AD2d 360 [2002]), affirming a judgment of the County Court, Orange County, rendered February 23, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Florio and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT ESTELA, Appellant. [881 NYS2d 330]—Application by the appellant for a writ of error coram nobis, in effect, to vacate a judgment of the Supreme Court, Kings County, rendered October 1, 2007, so that he may be resentenced nunc pro tunc and file a notice of appeal, on the ground that his attorney failed to file a notice of appeal.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]; *People v Bachert,* 69 NY2d 593 [1987]; *People v Montgomery,* 24 NY2d 130 [1969]). Prudenti, P.J., Skelos, Dillon and Eng, JJ., concur.